George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 100
Las Vegas, NV 89123
ghaines@freedomlegalteam.com
gavalos@freedomlegalteam.com
Phone: (702) 880-5554
FAX: (702) 385-5518
*Attorneys for Plaintiff Glennfoye Stewart*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Glennfoye Stewart,<br><br>            Plaintiff,<br>v.<br><br>Trans Union LLC; Experian Information Solutions, Inc.; Equifax Information Services LLC; Clarity Services, Inc. and Allied Collection Services, Inc.,<br><br>            Defendants. | Case No.: 2:24-cv-02336<br><br>**Stipulation for dismissal of Equifax Information Services LLC with prejudice.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Glennfoye Stewart and Equifax Information Services LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services LLC with prejudice.

///
///
///
///

_____
STIPULATION                              - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: March 11, 2025.

**FREEDOM LAW FIRM**

/s/ *George Haines*

George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Glennfoye Stewart*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*

Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services LLC*

**IT IS SO ORDERED.**

**DATED**: this 22nd day of April, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**